UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELBERT M. MITCHELL,<br><br>                              Plaintiff,<br><br>          -against-<br><br>MS. LETITIA JAMES, ET AL.,<br><br>                              Defendants. | 25cv7686 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 18, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   September 18, 2025
         New York, New York

                                               /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge